UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**13-80088-CR-ZLOCH/HUNT**

Case No. _____

18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2253



UNITED STATES OF AMERICA,

v.

LESLIE GREY VANAMAN,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (Receipt of Child Pornography)

On or about October 9, 2011, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**LESLIE GREY VANAMAN,**

knowingly received one or more visual depictions, using any means and facility of interstate and foreign commerce and that have been shipped and transported in or affecting interstate and foreign commerce, by any means, including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions are of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2
### (Production of Child Pornography)

From on or about October 1, 2011, through on or about February 28, 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**LESLIE GREY VANAMAN**,

did use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 3
### (Possession of Child Pornography)

On or about March 27, 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**LESLIE GREY VANAMAN**,

did knowingly possess matter, that is, a home-built tower computer, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, and which was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## CRIMINAL FORFEITURE

Upon conviction of any of the violations alleged in Counts 1 through 3 of this Indictment, the defendant **LESLIE GREY VANAMAN** shall forfeit to the United States any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the law; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 13-80088-CR-ZLOCH/HUNT

vs.

LESLIE GREY VANAMAN

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant.  /

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami      ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    _X_
   II   6 to 10 days   ___
   III  11 to 20 days  ___
   IV   21 to 60 days  ___
   V    61 days and over  ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 13-8158-JMH
   Defendant(s) in federal custody as of   N/A
   Defendant(s) in state custody as of   N/A
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501296

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **LESLIE GREY VANAMAN**

Case No: *13-80088-CR-ZLOCH/HUNT*

Count #: 1

Receipt of Child Pornography

Title 18 U.S.C. § 2252(a)(2)

\* **Max.Penalty**: 15-40 Years' Mandatory Minimum;
5 Years' to Life Supervised Release; $250,000 Fine

Count #: 2

Production of Child Pornography

Title 18 U.S.C. § 2251(a)

\* **Max.Penalty**: 25-50 Years' Mandatory Minimum;
5 Years' to Life Supervised Release; $250,000 Fine

Count #: 3

Possession of Child Pornography

Title 18 U.S.C. § 2252(a)(4)

\* **Max.Penalty**: 10-20 Years' Mandatory Minimum;
5 Years' to Life Supervised Release; $250,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**